No. 73, Misc. STRONG *v.* BLAKE ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 74, Misc. CLARK *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 75, Misc. JONES *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 76, Misc. EGAN *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 77, Misc. EISELE *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 78, Misc. LANZETTA *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 79, Misc. SLAUGHTER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 83, Misc. BRIMAGE *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 84, Misc. UNITED STATES EX REL. BAERCHUS *v.* MYERS, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 89, Misc. RICHARDSON *v.* RANDOLPH, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.